# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **RASHID BRADLEY** | : | **NO. 09-246** |

### ORDER

**NOW**, this 2nd day of May, 2024, upon consideration of the Defendant's Motion To Terminate of Supervised Release (Doc. No. 89) and the government's response, it is **ORDERED** that this motion is **DENIED.**

_____
TIMOTHY J. SAVAGE, J.